

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00467-CR

Santiago **MATA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW2105091
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

John M. Lamerson's motion to withdraw as counsel is GRANTED.

SIGNED September 17, 2025.

_____
Adrian A. Spears II, Justice